JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| MARIO E. UMANA, | ) No. CV 18-6076-CJC (DFM) |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| C. ARMANT, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: July 30, 2018

_____
CORMAC J. CARNEY
United States District Judge